■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VELMON J. BOYD, Appellant. [661 NYS2d 809] —Judgment unani-

mously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Lawton, Boehm and Fallon, JJ.